BEFORE THE SECOND DIVISION, NOVEMBER 4, 1963

No. 68075.—Fred Roberts Co. et al. v. United States, protests 58/8022, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the vacuum brushes the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

No. 68076.—California Floral Mfg. Co. et al. v. United States, protests 60/16733, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of rice paper similar in all material respects to that the subject of *Floral Arts Studios et al.* v. *United States* (49 Cust. Ct. 43, C.D. 2359), the claim of the plaintiffs was sustained.